US DISTRICT COURT INDEX SHEET

















CAG

3:97-CR-229 USA V. CHACONI

*1*

*CRINDI*

Unsealed 7/25/00 CGA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 1995 Grand Jury

'97 cr 229 E

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MILTON M. CHACONI (1),<br>aka Milton Chacon,<br>aka Milton Morales,<br>MARTIN PEREZ (2),<br>aka Martin Perez Rodriguez,<br><br>Defendants. | Criminal Case No. ________<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 1341 - Mail Fraud; Title 26, U.S.C., Sec. 7206(2) - Aid and Assist in the Preparation of a False Return; Title 18, U.S.C., Sec. 1956(a)(1)(B)(i) - Money Laundering; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 18, U.S.C., Sec. 982(a)(1)(A) - Criminal Forfeiture |

The grand jury charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this indictment:

1. Defendant MILTON M. CHACONI ("CHACONI"), aka Milton Chacon, aka Milton Morales, was a resident at 1741 Loretta Street, Oceanside, California, 92054, which is located in the Southern District of California.

TFK:mdd:San Diego
01/16/97

2. Defendant MARTIN PEREZ ("PEREZ"), aka Martin Perez Rodriguez, was a resident at 1741 Loretta Street, Oceanside, California, 92054, which is located in the Southern District of California.

3. Defendant CHACONI, a Costa Rican national and naturalized U.S. citizen, was a consultant and tax return preparer in the San Diego County, California, area.

4. "Consultant to the Hispanic Community" was a consulting and tax return preparer business, located at 1741 Loretta Street, Oceanside, California, which was owned and operated by defendant CHACONI.

5. Defendant PEREZ, a Mexican national and resident alien, assisted defendant CHACONI with the preparation of tax returns for Consultant to the Hispanic Community.

6. The Internal Revenue Service ("IRS") is an agency of the United States Department of Treasury.

7. Earned income credit ("EIC") was a special credit the IRS allowed lower-income filers to claim if, among other things, they earned a limited amount of income during the applicable year. To claim EIC, the taxpayer was required, among other things, to submit to the IRS: (1) a Form 1040 or Form 1040A, U.S. Individual Income Tax Return, listing the amount of income he or she earned during the applicable year; and (2) a Form W-2, Wage and Earning Statement, which verified that the taxpayer had earned the income reflected in the Form 1040 or Form 1040A.

8. If a taxpayer met EIC qualifications by complying with the above-mentioned requirements, he or she would be entitled to a

refundable credit. If the credit was larger than the tax owed by the taxpayer, the IRS refunded the difference by sending a treasury check in the appropriate amount to the taxpayer at the mailing address specified in the federal income tax return.

Counts 1 to 24

(18 U.S.C. § 1341)

1. Paragraphs 1 through 8 of the Introductory Allegations are repeated and incorporated by reference herein.

2. Beginning on or about January, 1992, and continuing to on or about April, 1992, within the Southern District of California, and elsewhere, defendants MILTON M. CHACONI, aka Milton Chacon, aka Milton Morales, and MARTIN PEREZ, aka Martin Perez Rodriguez, residents of Oceanside, California, knowingly devised and intended to devise, a scheme and artifice to defraud and to obtain money from the Internal Revenue Service by means of false and fraudulent pretenses, representations and promises, including the intentional mailing of false federal income tax returns claiming tax refunds.

THE SCHEME TO DEFRAUD

3. It was part of the scheme to defraud that defendants CHACONI and PEREZ advertised through word of mouth, signs, business cards and flyers in the San Diego County area that their business, Consultant to the Hispanic Community, assisted members of the Hispanic community in the preparation of federal income tax returns.

4. It was further part of the scheme to defraud that defendants CHACONI and PEREZ prepared and provided to the taxpayers a copy of their correctly prepared federal income tax return.

5. It was further part of the scheme to defraud that defendants CHACONI and PEREZ would not file the correct prepared tax returns of the taxpayers.

6. It was further part of the scheme to defraud that defendants CHACONI and PEREZ prepared false federal income tax returns in the name of the taxpayers, unknown to the taxpayers, which listed the defendants' address or post office box and not the taxpayers' correct address or post office box.

7. It was further part of the scheme to defraud that defendants CHACONI and PEREZ prepared and filed false federal income tax returns in order to obtain money in the form of tax refunds.

8. It was further part of the scheme to defraud that defendants CHACONI and PEREZ mailed the false federal income tax returns to the Internal Revenue Service, Fresno Service Center, Fresno, California.

9. It was further part of the scheme to defraud that defendants CHACONI and PEREZ opened two post office boxes in Oceanside, California, in order to receive the tax refunds.

10. It was further part of the scheme to defraud that defendants CHACONI and PEREZ cashed or caused to be cashed tax refund checks.

11. It was further part of the scheme to defraud that defendants CHACONI and PEREZ used the proceeds of the cashed tax refund checks to purchase money orders.

//

//

12. It was further part of the scheme to defraud that defendants CHACONI and PEREZ cashed or caused to be cashed the money orders outside of the United States.

EXECUTION OF THE SCHEME BY MAIL

13. On or about the dates listed below, within the Southern District of California, for purpose of executing the scheme to defraud and to obtain money or property by means of false and fraudulent pretenses, representations and promises, as alleged herein, defendants MILTON M. CHACONI, aka Milton Chacon, aka Milton Morales, and MARTIN PEREZ, aka Martin Perez Rodriguez, did: (1) place in the post offices and authorized depositories for mail matter, false federal income tax returns, to be sent and delivered by the Postal Service to the Internal Revenue Service; and (2) knowingly cause to be delivered by the Postal Service, according to the direction thereon, tax refund checks to the defendants' address or post office boxes, as set forth below:

| COUNT | DATE OF MAILING | DESCRIPTION OF MAILING |
|---|---|---|
| 1 | 1/25/92 | 1991 1040A (U.S. Individual Income Tax Return) in the names of Lazaro C. & Luzmaria Camiro from Oceanside, California, addressed to the Internal Revenue Service Center, Fresno, California |
| 2 | 2/8/92 | 1991 1040A (U.S. Individual Income Tax Return) in the name of Pedro Huerta Salinas from Oceanside, California, addressed to the Internal Revenue Service Center, Fresno, California |
| 3 | 2/9/92 | 1991 1040A (U.S. Individual Income Tax Return) in the names of Israel & Dulce M. Hernandez from Oceanside, California, addressed to the Internal Revenue Service Center, Fresno, California |

| COUNT | DATE OF MAILING | DESCRIPTION OF MAILING |
|---|---|---|
| 4 | 2/16/92 | 1991 1040A (U.S. Individual Income Tax Return) in the names of Angel & Reina Morales from Oceanside, California, addressed to the Internal Revenue Service Center, Fresno, California |
| 5 | 2/16/92 | 1991 1040A (U.S. Individual Income Tax Return) in the names of Ismael & Maricela Hernandez from Oceanside, California, addressed to the Internal Revenue Service Center, Fresno, California |
| 6 | 2/16/92 | 1991 1040A (U.S. Individual Income Tax Return) in the name of Cresencia Galindez Tapia from Oceanside, California, addressed to the Internal Revenue Service Center, Fresno, California |
| 7 | 2/23/92 | 1991 1040A (U.S. Individual Income Tax Return) in the names of Abel & Martha Perez from Oceanside, California, addressed to the Internal Revenue Service Center, Fresno, California |
| 8 | 2/23/92 | 1991 1040A (U.S. Individual Income Tax Return) in the name of Crisanta Saavedra from Oceanside, California, addressed to the Internal Revenue Service Center, Fresno, California |
| 9 | 2/23/92 | 1991 1040A (U.S. Individual Income Tax Return) in the names of Rogelio & Margarita Mendiola from Oceanside, California, addressed to the Internal Revenue Service Center, Fresno, California |
| 10 | 2/28/92 | U.S. Treasury Check No. 3147 61826920 issued by the Internal Revenue Service, San Francisco, California, in the names of Lazaro C. & Luzmaria Camiro, addressed to P.O. Box 2017, Oceanside, California |
| 11 | 3/2/92 | 1991 1040A (U.S. Individual Income Tax Return) in the names of Eugenio & Barbara Garcia from Oceanside, California, addressed to the Internal Revenue Service Center, Fresno, California |

| COUNT | DATE OF MAILING | DESCRIPTION OF MAILING |
|---|---|---|
| 12 | 3/2/92 | 1991 1040A (U.S. Individual Income Tax Return) in the names of Sergio & Luzmaria Garcia from Oceanside, California, addressed to the Internal Revenue Service Center, Fresno, California |
| 13 | 3/6/92 | U.S. Treasury Check No. 3147 04323786 issued by the Internal Revenue Service, San Francisco, California, in the name of Pedro Salinas, addressed to 1741 Loretta St., Oceanside, California |
| 14 | 3/7/92 | 1991 1040A (U.S. Individual Income Tax Return) in the names of Eduardo & Elvia Arzate from Oceanside, California, addressed to the Internal Revenue Service Center, Fresno, California |
| 15 | 3/13/92 | U.S. Treasury Check No. 3147 05705470 issued by the Internal Revenue Service, San Francisco, California, in the names of Israel & Dulce Maria Hernandez, addressed to P.O. Box 1878, Oceanside, California |
| 16 | 3/27/92 | U.S. Treasury Check No. 3147 07718134 issued by the Internal Revenue Service, San Francisco, California, in the names of Sergio & Luz Maria Garcia, addressed to P.O. Box 2017, Oceanside, California |
| 17 | 3/27/92 | U.S. Treasury Check No. 3147 08353426 issued by the Internal Revenue Service, San Francisco, California, in the names of Ismael & Maricela Hernandez, addressed to 1741 Loretta St., Oceanside, California |
| 18 | 3/27/92 | U.S. Treasury Check No. 3147 08001991 issued by the Internal Revenue Service, San Francisco, California, in the names of Rogelio & Margarita Mendiola, addressed to 1741 Loretta St., Oceanside, California |
| 19 | 3/27/92 | U.S. Treasury Check No. 3147 08353435 issued by the Internal Revenue Service, San Francisco, California, in the names of Angel & Reina Morales, addressed to 1741 Loretta St., Oceanside, California |

| COUNT | DATE OF MAILING | DESCRIPTION OF MAILING |
|---|---|---|
| 20 | 3/27/92 | U.S. Treasury Check No. 3147 08353362 issued by the Internal Revenue Service, San Francisco, California, in the names of Abel B. & Martha M. Perez, addressed to 1741 Loretta St., Oceanside, California |
| 21 | 3/27/92 | U.S. Treasury Check No. 3147 08353315 issued by the Internal Revenue Service, San Francisco, California, in the name of Crisanta Saavedra, addressed to P.O. Box 1878, Oceanside, California |
| 22 | 3/27/92 | U.S. Treasury Check No. 3147 08002415 issued by the Internal Revenue Service, San Francisco, California, in the name of Cresencia Galindez Tapia, addressed to 1741 Loretta St., Oceanside, California |
| 23 | 4/3/92 | U.S. Treasury Check No. 3147 62586236 issued by the Internal Revenue Service, San Francisco, California, in the names of Edward & Elvia Hernandez Arzate, addressed to P.O. Box 1878, Oceanside, California |
| 24 | 4/10/92 | U.S. Treasury Check No. 3147 64294820 issued by the Internal Revenue Service, San Francisco, California, in the names of Eugenio & Barbara Garcia, addressed to 1741 Loretta St., Oceanside, California |

All in violation of Title 18, United States Code, Sections 1341 and 2.

Counts 25 to 36

(26 U.S.C. § 7206(2))

1. Paragraphs 1 through 8 of the Introductory Allegations are repeated and incorporated by reference herein.

2. On or about April 15, 1992, in the Southern District of California, defendants MILTON M. CHACONI, aka Milton Chacon, aka Milton Morales, and MARTIN PEREZ, aka Martin Perez Rodriguez, residents of Oceanside, California, did willfully aid and assist

in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Returns, Forms 1040A, either individual or joint, in the name of taxpayers and in the calendar year 1991, which were false and fraudulent as to material matters, in that they represented that the below-listed taxpayers resided at: 1741 Loretta Street, Oceanside, California; Post Office Box 1878, Oceanside, California; or Post Office Box 2017, Oceanside, California, and/or were entitled under the provisions of the Internal Revenue laws to claim deductions, exemptions and credits for items and in amounts hereinafter specified, whereas, the defendants then and there well knew and believed, the said taxpayers did not reside at such address or post office boxes and were not entitled to the deductions, exemptions and credits claimed in said amounts set forth below:

| COUNT | NAME ON RETURN | FALSE ITEM | FALSE AMOUNT CLAIMED |
|---|---|---|---|
| 25 | Eduardo & Elvia Arzate | Address | NONE |
| | | Exemption amount - line 21 | $17,200 |
| 26 | Lazaro C. & Luzmaria Camiro | Address | NONE |
| | | Spouse | NONE |
| | | Standard deduction - line 19 | $5,700 |
| | | Exemption amount - line 21 | $8,600 |
| | | Earned income credit - line 28c | $1,235 |

| COUNT | NAME ON RETURN | FALSE ITEM | FALSE AMOUNT CLAIMED |
|---|---|---|---|
| 27 | Eugenio & Barbara Garcia | Address | NONE |
| | | Spouse | NONE |
| | | Standard deduction - line 19 | $5,700 |
| | | Exemption amount - line 21 | $8,600 |
| | | Earned income credit - line 28c | $1,235 |
| 28 | Sergio & Luz Maria Garcia | Address | NONE |
| | | Spouse | NONE |
| | | Standard deduction - line 19 | $5,700 |
| | | Exemption amount - line 21 | $8,600 |
| 29 | Ismael & Maricela Hernandez | Address | NONE |
| | | Exemption amount - line 21 | $6,450 |
| | | Earned income credit - line 28c | $1,192 |
| 30 | Israel & Dulce M. Hernandez | Address | NONE |
| | | Exemption amount - line 21 | $8,600 |
| | | Earned income credit - line 28c | $1,059 |
| 31 | Rogelio & Margarita Mendiola | Address | NONE |

| COUNT | NAME ON RETURN | FALSE ITEM | FALSE AMOUNT CLAIMED |
|---|---|---|---|
| 32 | Angels & Reina Morales | Address | NONE |
| | | Spouse | NONE |
| | | Standard deduction - line 19 | $5,700 |
| | | Earned income credit - line 28c | $1,235 |
| 33 | Abel & Martha Perez | Address | NONE |
| | | Exemption amount - line 21 | $12,900 |
| | | Earned income credit - line 28c | $559 |
| 34 | Crisanta Saavedra | Address | NONE |
| 35 | Pedro Huerta Salinas | Address | NONE |
| 36 | Cresencia Galindez Tapia | Address | NONE |

All in violation of Title 26, United States Code, Section 7206(2) and Title 18, United States Code, Section 2.

Counts 38 and 39

(18 U.S.C. § 1956(a)(1)(B)(i))

1. Paragraphs 1 through 8 of the Introductory Allegations are realleged and incorporated by reference herein.

2. On or about March 21, 1992, in the Southern District of California, defendants MILTON M. CHACONI, aka Milton Chacon, aka Milton Morales, and MARTIN PEREZ, aka Martin Perez Rodriguez, knowing that the property involved in the financial transactions set forth individually below represented the proceeds of some form of unlawful activity, knowingly conducted the financial

transactions which, in fact, involved the proceeds of a specified unlawful activity, that is mail fraud as set forth in Counts 1 to 24 above, with the knowledge that the financial transactions were designed in whole and in part to conceal and disguise the nature, source, ownership, and control of the proceeds of the specified unlawful activity:

| COUNT | FINANCIAL TRANSACTION |
|---|---|
| 38 | Purchase of $15,000 in CONTINENTAL EXPRESS money orders (Nos. 53-13260316 through 53-13260345 and 53-13260347 through 53-13260366) from Balboa Liquor, Oceanside, California, in the name of Martin Perez payable to Miguel Angel Chacon. |
| 39 | Purchase of $10,800 in CONTINENTAL EXPRESS money orders (Nos. 53-13260346, 53-13260367 through 53-13260383, 53-13260398 through 53-13260406, 53-13260409, 53-13260410, and 53-13260413 through 53-13260419) from Balboa Liquor, Oceanside, California, in the name of Milton Chaconi payable to Miguel Angel Chacon. |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

Count 40

(18 U.S.C. § 982(a)(1)(A))

CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 38 and 39 of this indictment are realleged and incorporated by reference herein.

2. As a result of the felony offenses alleged in Counts 38 and 39, defendants MILTON M. CHACONI, aka Milton Chacon, aka Milton Morales, and MARTIN PEREZ, aka Martin Perez Rodriguez, shall forfeit to the United States any and all property real or personal involved in such offenses or any property traceable to such property as to which properties the said defendants are jointly and

severally liable. The United States intends to forfeit property of the defendants, including but not limited to the following: approximately $25,800 in U.S. Currency, in that such sum in aggregate constitutes the property involved in the felony criminal violations alleged in Counts 38 and 39.

SUBSTITUTE ASSETS

If any of the property described above as being subject to forfeiture, as a result of any act or omission of defendants CHACONI and PEREZ or any entity or person acting on their behalf:

a) cannot be located upon the exercise of due diligence;

b) has been transferred or sold to or deposited with, a third person;

c) has been placed beyond the jurisdiction of the court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(a)(1) (A), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, that is, $25,800.

//

//

//

//

//

//

//

All in violation of Title 18, United States Code, Section 982(a)(1)(A), incorporating Title 21, United States Code, Section 853.

DATED: January 21, 1997.

A TRUE BILL:

Foreperson

ALAN D. BERSIN
United States Attorney

By:
THOMAS F. KLUMPER
Trial Attorney
U.S. Department of Justice
Tax Division




AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Unsealed 7/25/10

UNITED STATES OF AMERICA

V.

MILTON M. CHACONI etal

## WARRANT FOR ARREST

**CASE NUMBER:** 97-cr-229-E

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MILTON M. CHACONI (1) aka Milton Chacon aka Milton Morales

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition [ ] Pretrial Violation

charging him or her with (brief description of offense)

18 USC 1341 - Mail Fraud; 26 USC 7206(2) - Aid and Assist in the Preparation of a False Return; 18 USC 1956(a)(1)(B)(i) - Money Laundering; 18 USC 2 - Aiding and Abetting; 18 USC 982(a)(1)(A) - Criminal Forfeiture

In violation of Title See Above United States Code, Section(s) ______

Roberta Westdal
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

G. Broas
Signature of Deputy

1/21/97, San Diego, CA
Date and Location

Bail fixed at $ ______ by The Honorable Cynthia G. Aaron
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ______ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

ASE RECEIPT AND RETURN

AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

MILTON M. CHACONI etal

## WARRANT FOR ARREST

**CASE NUMBER:** 97-cr-229-E

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MARTIN PEREZ (2) aka Martin Perez Rodriguez

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition [ ] Pretrial Violation

charging him or her with (brief description of offense)

18 USC 1341 - Mail Fraud; 26 USC 7206(2) - Aid and Assist in the Preparation of a False Return; 18 USC 1956(a)(1)(B)(i) - Money Laundering; 18 USC 2 - Aiding and Abetting; 18 USC 982(a)(1)(A) - Criminal Forfeiture

In violation of Title See Above United States Code, Section(s) ______

| | |
|---|---|
| Roberta Westdal | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| G. Broas | 1/21/97, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ______ by The Honorable Cynthia G. Aaron

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ______ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |